FILED
CLERK, U.S. DISTRICT COURT

September 8, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY:_____VPC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WIGHT, | Case No. 8:20-CV-00751-JVS-JDE |
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| TARGET CORPORATION, et al., | Courtroom:  6C<br>District Judge: Judge Stanley Blumenfeld, Jr<br>Magistrate Judge: Judge John D. Early<br>Complaint Filed:  January 27, 2020 |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  September 8, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge

**ORDER TO DISMISS WITH PREJUDICE**